perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JACOBS CONTRACTING CO., INC., Respondent, v. HELEN HIRSCHMAN and Another, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JACOBS CONTRACTING CO., INC., Respondent, v. HELEN HIRSCHMAN and Another, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE JARL COMPANY, Appellant, v. THE VILLAGE OF CROTON-ON-HUDSON and GEORGE MILLER and Others, as and Composing the Board of Trustees of the Said Village of Croton-on-Hudson, Respondents.— Motion for leave to file a brief amicus curiæ granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

SARA KLEIN, Respondent, v. MUNCH BREWERY BOTTLING DEPARTMENT, INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

KINGS BUILDERS, INC., Respondent, v. FRED PILLAR and Others, Defendants. In the Matter of the Application of the LEER BUILDING & CONSTRUCTION CO., INC., Appellant.— Motion for stay pending appeal granted to the extent of requiring the receiver to retain the rents collected. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

BENJAMIN H. KNOTHE, Respondent, v. PETER BOUNACOS, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

DAVID KRAUS and Others, Appellants, v. THE CENTURY INDEMNITY COMPANY, Respondent.— Motion for stay granted upon condition that appellants perfect the appeal for October ninth (for which day the case is set down) and be ready for argument when reached, and upon the further condition that the undertaking given at the time the order to show cause was signed be continued; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

I. H. MEYER, INC., Respondent, v. CONGREGATION TIFERETH ISRAEL, INC., Appellant.— Motion to dismiss appeal granted on consent, and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

CHARLES E. MICKELWAIT, Appellant, v. IVY CONSTRUCTION CORPORATION, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE MOTHERLAND SHIPPING COMPANY, LTD., Respondent, v. FRANK I. FINKLER, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the November term (for which term the case is placed at the head of the calendar) and be ready for argument when reached; otherwise, motion denied,